IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. CANDLER, | No. C 13-05325 CW |
| Petitioner, | ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF TIME |
| v. | |
| AMY MILLER, Warden, | |
| Respondent. | |

On February 11, 2013 the Court entered an order to show cause why the petition in this case should not be granted and ordered the Clerk of the Court to serve the petition on Respondent. According to that order, Respondent's answer to the petition was due on March 13, 2014. On March 13, 2014, Respondent filed an ex parte application for an extension of the filing deadline for its answer. On March 14, 2014, the Court informed counsel for Respondent by email and voicemail that Petitioner is represented by counsel. Accordingly, the Court informed counsel for Respondent that any request for extension of time must comply with Civil Local Rule 6-3.

The Court DENIES Respondent's ex parte application for extension of time without prejudice to refiling as a noticed motion pursuant to Civil Local Rule 6-3.

IT IS SO ORDERED.

Dated: 3/20/2014

CLAUDIA WILKEN
United States District Judge