IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK A. CANDLER,** | No. C 13-05325 CW |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **AMY MILLER, Warden,** | |
| Respondent. | |

GOOD CAUSE shown, the Court hereby grants Respondent's stipulated request for an order changing time, to and including June 11, 2014, for Respondent to file and serve an answer to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent within thirty (30) days of his receipt of the answer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/13/2014_____               _____
                                             CLAUDIA WILKEN
                                             United States District Judge

1

[Proposed] Order (C 13-05325 CW)